UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DETROIT CARPENTERS FRINGE BENEFIT FUNDS,

    Plaintiff(s),

v.

CRAWFORD PILE DRIVING, LLC., et al

    Defendant(s).
_____/

Case No. 18-10932

Judge Linda V. Parker

Magistrate Judge Anthony P. Patti

**NOTICE OF CORRECTION**

Docket entry number __70__, filed __9/28/2020__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [✓] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Richard Loury__ at __(313) 234-5524__.

DAVID J. WEAVER, CLERK OF COURT

Dated: September 28, 2020

s/Richard Loury
Deputy Clerk